# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) DEBORAH LOGAN, special administrator, of the Estate of DARIUS HATFIELD | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:20-cv-00303-JED-FHM |
| (1) VIC REGALADO, in his official capacity as TULSA COUNTY SHERIFF, and individually; | ) ) ) ) | **Removed from Tulsa County District Court** <br> **Case No. CJ-2020-01758** <br> **Judge Rebecca Brett Nightingale** |
| (2) DAVID PARKER, in his official capacity as TULSA COUNTY JAIL ADMINISTRATOR, and individually; | ) ) ) ) | |
| (3) BOARD OF COUNTY COMMISSIONERS OF TULSA COUNTY; | ) ) ) ) | |
| (4) TURN KEY HEALTH, LLC, d/b/a TURN KEY MEDICAL, and TURN KEY; | ) ) ) | |
| (5) JAILER JOHN DOE I, individually; | ) ) | |
| (6) JAILER JOHN DOE II, individually; | ) ) | |
| (7) NURSE JANE/JOHN DOE III, individually; | ) ) ) | |
| (8) NURSE JANE/JOHN DOE IV, individually; | ) ) ) | |
| Defendants. | | |

## STATUS REPORT ON REMOVED ACTION

This form must be filed by the removing party at the time of filing the notice of removal or within five (5) days of the filing of the notice of removal in the U.S. District Court. *Note:* Additional sheets may be used as necessary.

**I.   State Court Information**

    Identify the court from which the case is being removed.    Court:  District Court of Tulsa County, State of Oklahoma

    Specify the number assigned to the case in that court.    Number: CJ-2020-01758

**II.  Style of the Case**

Include all termed/dismissed and pending Plaintiff(s), Defendant(s), Intervenor(s), Counter-Claimant(s), Counter-Defendant(s), Cross-Claimant(s), Cross-Defendant(s), Third-Party Plaintiff(s), and Third-Party Defendant(s). Indicate the party type and the attorney(s) of record for each party.

|   | Party | Party Type | Attorney |
|---|---|---|---|
| 1. | Deborah Logan, special administrator of the Estate of Darius Hatfield | Plaintiff | G. Gene Thompson, OBA #31243<br>Margaret Cook, OBA #31357<br>Keri D. Palacios, OBA #34175<br>Creek County Law PLLC<br>101 E. Lee Avenue<br>Sapulpa, OK 74066<br>918-223-3044<br>gene@creekcountylaw.com<br><br>and<br><br>Andrew M. Casey, OBA #32371<br>Foshee & Yaffe<br>12231 S. May Ave.<br>405-378-3033<br>Andrewcasey.at.law@gmail.com |
| 2. | Vic Regalado, in his official capacity as Tulsa County Sheriff, and individually | Defendant | Douglas A. Wilson<br>Assistant District Attorney<br>Chief of the Civil Division<br>Tulsa County District Attorney's Office<br>500 S. Denver Avenue, Suite 827<br>Tulsa, OK 74103<br>918-596-8795<br>Douglas.wilson@tulsacounty.org |
| 3. | Board of County Commissioners of Tulsa County | Defendant | Douglas A. Wilson<br>Assistant District Attorney<br>Chief of the Civil Division<br>Tulsa County District Attorney's Office<br>500 S. Denver Avenue, Suite 827<br>Tulsa, OK 74103<br>918-596-8795<br>Douglas.wilson@tulsacounty.org |
| 4. | Turn Key Health, LLC d/b/a Turn Key Medical, and Turn Key | Defendant | Joel L. Wohlgemuth, OBA #9811<br>Jo Lynn Jeter, OBA #20252<br>Barrett L. Powers, OBA #32485<br>NORMAN WOHLGEMUTH CHANDLER JETER BARNETT & RAY, P.C.<br>2900 Mid-Continent Tower<br>401 South Boston Avenue<br>Tulsa, OK 74103 |

|   |   |   | (918) 583-7571 |
|---|---|---|---|
| 5. | John Does 5-8 | Defendants | Unknown |

### III. Jury Demand

Was a Jury Demand made in State Court?    ☒ Yes    ☐ Yes, but rescinded    ☐ No

| Requesting Party(ies) | Date of Request |
|---|---|
| Plaintiff, Deborah Logan | June 2, 2020 |

### IV. Complaints, Counter-Claims, Cross-Claims, Third Party Complaints, and Intervenor Complaints

List all complaint-type documents (Complaints, Amended Complaints, Counter-Claims, Amended Counter-Claims, Cross-Claims, Amended Cross-Claims, Third-Party Complaints, Amended Third-Party Complaints, Intervenor Complaints, and Amended Intervenor Complaints) filed in State Court. Indicate filing party(ies), against whom, and date filed.

| Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|
| Petition | Plaintiff, Deborah Logan | Defendants 1-8, above | June 2, 2020 |

### V. Unserved Parties

List parties not served at time of case removal.

| Unserved Party(ies) | Reason(s) for No Service |
|---|---|
| Sheriff Vic Regalado in his official and individual capacities | Unknown |
| David Parker in his official and individual capacities | Unknown |
| Board of County Commissioners of Tulsa County | Unknown |
| Turn Key Health Clinics, LLC | Unknown, but Plaintiff's counsel stated he anticipated filing an Amended Petition. |
| John/Jane Does I-IV | Unknown |

### VI. Answer

Was an Answer made in State Court?    Yes ☐    No ☒

If **Yes**, indicate document answered, filing party(ies), and date filed.

| Document Answered | Filing Party(ies) | Date Filed |
|---|---|---|
|  |  |  |

N/A

**VII.   Nonsuited, Dismissed or Terminated Parties**

List party(ies) nonsuited, dismissed or terminated from the State Court action. Indicate date of termination/dismissal.

| Nonsuited, Dismissed or Terminated Party(ies) | Date Terminated/Dismissed |
|---|---|
| N/A | |

**VIII.   Remaining Claims of the Parties**

List all pending complaint-type documents from Section IV. Indicate filing party(ies), against whom and date filed.

| Pending Complaint-Type Document(s) | Filing Party(ies) | Against Whom | Date Filed |
|---|---|---|---|
| Petition | Plaintiff, Deborah Logan | Defendants 1 -8 above | June 2, 2020 |

**IX.   Pending Motions**

List all contested pending motions. Indicate filing party(ies) and date filed.

| Pending Motions | Filing Party(ies) | Date Filed |
|---|---|---|
| N/A | | |

Respectfully submitted,

/s/ Jo Lynn Jeter
**Joel L. Wohlgemuth**, OBA #9811
**Jo Lynn Jeter**, OBA #20252
**Barrett L. Powers**, OBA #32485
**NORMAN WOHLGEMUTH CHANDLER JETER BARNETT & RAY, P.C.**
2900 Mid-Continent Tower
401 South Boston Ave.
Tulsa, OK 74103
(918) 583-7571
(918) 584-7846 facsimile

**ATTORNEYS FOR DEFENDANT,
TURN KEY HEALTH CLINICS, LLC**

## CERTIFICATE OF SERVICE

I certify that on the 25th day of June, 2020, I caused a true and correct copy of this document to be placed in the United States mail, first class postage fully pre-paid, addressed to:

G. Gene Thompson, Esq.
Margaret Cook, Esq.
Keri D. Palacios, Esq.
Creek County Law PLLC
101 E. Lee Avenue
Sapulpa, OK 74066

and

Andrew M. Casey, Esq.
Foshee & Yaffe
12231 S. May Ave.
Oklahoma City, OK 73170

/s/ Jo Lynn Jeter
**Jo Lynn Jeter**