**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DEBORAH LOGAN, as Special Administrator of the Estate of DARIUS HATFIELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VIC REGALADO, in his official capacity as TULSA COUNTY SHERIFF, and )<br>)<br>TURN KEY HEALTH CLINICS, LLC )<br>)<br>Defendants. ) | Case No. 20-cv-303-GKF-SH |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Defendant, Turn Key Health Clinics, LLC, submits this motion in accordance with LcvR 5.5-2, to file under seal Exhibit 1, medical chart for Darius Hatfield generated by Turn Key Health Clinics, LLC, in support of its Motion for Summary Judgment and Brief in Support.[1] The medical chart (Exhibit 1) has been designated as Confidential under the January 14, 2022 Stipulated Protective Order [Doc. 74], and thus it should be filed under seal.

Respectfully submitted,

/s/ Jo Lynn Jeter
**Jo Lynn Jeter**, OBA #20252
**W. Caleb Jones**, OBA #33541
**NORMAN WOHLGEMUTH, LLP**
3200 Mid-Continent Tower
401 S. Boston Avenue
Tulsa, OK 74103
(918) 583-7571 Telephone
(918) 583-7846 Facsimile
JJeter@NWLawOK.com
WJones@NWLawOK.com

**ATTORNEYS FOR DEFENDANT,
TURN KEY HEALTH CLINICS, LLC**

---

[1] The Motion for Summary Judgment will be filed on or before April 1, 2022.

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

G. Gene Thompson
Margaret Cook
Keri Palacios
Howard Berkson
Donald J. Slaughter
Keith Wilkes

/s/ Jo Lynn Jeter
**Jo Lynn Jeter**