# TULSA COUNTY SHERIFF
## WITNESS STATEMENT

PAGE 1 OF 1

**VICTIM NAME:** Darius Hatfield
**WITNESS NAME:** Marco Bigit Alvarenga
**LOCATION OF INCIDENT:** F-24
**REPORTED PREPARED:** MO 6 / DATE 3 / YR 18 / DAY JUN / TIME 0830

**DESCRIPTION OF EVENTS BY WITNESS:**

While conducting my security check on 6/3/2018 at aprox 0758 in pod F-24 unit-5 I approched cell-R and noticed inmate Hatfield, Darius DLM #1257165 hanging from the fire sprinkler head inmate had a white sheet wrapped around his neck. I quickly called a Medical Emergency and requested a cut down tool. Detention Officer Luxama in the F-24 booth unlocked the door I ran in jumped on the table in the cell and pulled the knot apart then started to bring Hatfield down at the same time. Detention officer Kelly ran in and I told him to start chest compressions, nurse Woren ran in the cell started CPR. The rest of medical staff arrived also Corpl Birch, corporal mercer and sgt Byrd arrived on the scene a few minutes later EMSA arrived they started working on Hatfield then he was taken to Hospital around 08:15.

☐ THE STATEMENT WAS DICTATED TO THE DEPUTY AT MY REQUEST

**SIGNATURE:** [signed]
**INTERVIEWING DEPUTY:** Gray M.   **ID NUM:** 2U   **DIV:** Detention   **LOCATION:** 300 N Denver   **DATE:** 6/3/2018   **TIME:** 0831

**INCIDENT NUMBER:** 2018-04454

Form 3788 (Rev. 11-15) Front

DEFENDANT'S EXHIBIT 11

# TULSA COUNTY SHERIFFS OFFICE
## Jail Incident Report

| Incident Number | Report Date/Time | Incident Type | Location | |
|---|---|---|---|---|
| 852778 | 06/03/2018 - 08:08 | ATTEMPTED SUICIDE | 300 N DENVER / UNIT 3 / F24 / R | |
| Reporting Officer | | PIN # | Approved By | Date |
| LUXAMA, KENNETT | | 3587 | COLLETT, VIRGIL | 06/06/2018  12:09 |
| Cleared By: | | | Cleared Date: | |

Incident Type: Suicide

Officer/Deputy: Marko Bigit-Alvarenga

Date of Incident: 6/03/2018

Time of Incident: Aprox 0738

Pod/Area: F-24 Unit-3

Inmate Name: Darius Hatfield

Suspect:

Witness: Do Kelly, Masters Do Cathey, Corporal Birch, Corporal Mercer, Nurse Moran Sgt Byrd

Others Involved:

Details of Incident: While conducting my security check on 6/3/2018 at Aprox 0738 in Pod F-24 Unit-3, I approached cell R and noticed inmate Hatfield, Darius DLM#1257165 hanging from the fire sprinkler head Inmate had a white sheet wrapped around his neck I quickly called a Medical Emergency and requested a cut down tool. Detention Officer Luxama in the f-24 booth unlocked the door I ran in jumped on the table in the cell and pulled the knot apart then started to bring Hatfield down at the same time Detention Officer Kelly ran in and I told him to start chest compressions, nurse Moran ran in the cell started CPR. The rest of Medical staff arrived also Corporal Birch, Corporal Mercer and Sgt Byrd arrived on the scene a few minutes later EMSA arrived they started working on Hatfield then he was taken to Hospital around 0815.

Deputy Gray Report #2018-04954

---

Supplement Type: **Employee**
Supplement By: **KELLY, HUNTER MATTHEW-FR**
Approved By: **COLLETT, VIRGIL - 0106**

Entry Date: **06/03/2018  09:24:06**
Approval Date: **06/04/2018  10:40:23**