# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Deborah Logan, <br><br> Plaintiff(s), <br><br> vs. <br><br> Vic Regalado, et al., <br><br> Defendant(s). | Case No.: 20-cv-00303-GKF-SH <br><br><br> **SETTLEMENT CONFERENCE REPORT** |

On April 20, 2022, a Settlement Conference was held in the captioned matter.

☑ The litigation was settled; within __30__ days of the date hereof, the Plaintiff and Defendant shall file:

-- **a Stipulation of Dismissal**
   OR
-- Agreed Judgment and Motion to Enter Agreed Judgment

☐ The litigation was not settled.

☐ Settlement negotiations are pending. The parties are to phone the undersigned by ____ on ____ .

DATED: 4/20/2022

_____
Jodi F. Jayne, U.S. Magistrate Judge

Settlement Conference Report SC-03 (5/2021)