IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-CV-303-GKF-SH |
| ) | |
| VIC REGALADO, et al., ) | |
| ) | |
| Defendants. ) | |

## ADMINISTRATIVE CLOSING ORDER

This case comes before the Court on the settlement conference report [Doc. 103] wherein the Court has been advised that this matter has settled. Based upon representation and for good cause shown, the Court finds that this matter should be administratively closed.

**IT IS THEREFORE ORDERED** that, pursuant to LCvR 41.1, the Court Clerk is directed to **administratively close** this case pending either an order of the Court reopening the action, or until this case is dismissed with prejudice by stipulation of the parties.

**IT IS FURTHER ORDERED** that all remaining deadlines and scheduled hearings are hereby **stricken** and all pending motions are **moot**.

**IT IS FURTHER ORDERED** that the parties shall file a fully-executed joint stipulation of dismissal no later than May 20, 2022.

**DATED** this 21st day of April, 2022.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE