IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH LOGAN, as Special Administrator of the Estate of DARIUS HATFIELD,<br><br>  Plaintiff,<br><br>v.<br><br>VIC REGALADO, in his official capacity as TULSA COUNTY SHERIFF, and<br><br>TURN KEY HEALTH CLINICS, LLC<br><br>  Defendants. | Case No. 20-cv-303-GKF-SH |

**FIFTH MOTION
TO EXTEND DEADLINE FOR JOINT STIPULATION OF DISMISSAL**

Plaintiff respectfully requests that this Court extend the deadline for the parties' filing of a joint stipulation of dismissal to Monday, August 14, 2023. In support of this Motion, parties state as follows:

1. The parties participated in a settlement conference on April 20, 2022, during which the parties agreed to settlement terms for this case.

2. This Court entered an Administrative Closing Order on April 21, 2022, administratively closing this matter and ordering parties to file a fully-executed joint stipulation of dismissal no later than May 20, 2022. (Doc. #104).

3. Plaintiff has resolved medical lien issues.

4. However, defense counsel has identified an individual asserting to be a daughter of the decedent, Darius Hatfield. Mr. Thompson, counsel in the probate action, Tulsa County Case no. PB-10-895, filed a motion to determine heirs and summon the alleged daughter of the decedent to Court. A hearing on the same was had determining her the daughter of the decedent, Darius Hatfield. Further, an agreement was reached regarding the proceeds of this matter.

5. At this time Plaintiff has provided drafting instructions to the Defendants (June 29, 2023) as well as a signed settlement agreement to Counsel for the Turnkey Health Defendant.

Counsel for Tulsa County has not provided a Settlement Agreement for execution.

6. The lone items left before stipulation of dismissal with prejudice is the Defendants' tender of their portion of the settlement funds, and execution of any Settlement Agreement required by the Tulsa County Defendants.

7. The parties anticipate that an extension of the dismissal deadline August 14, 2023, would give the parties adequate time to finalize settlement.

8. Counselors for defendants have respectively authorized attorney Thompson to affix their /s/ signatures to this document.

**WHEREFORE**, premises considered, all parties jointly request that this Court extend the deadline for filing the Joint Stipulation of Dismissal in this matter to August 14, 2023.

Respectfully submitted,

/s/ G. Gene Thompson
**G. Gene Thompson, Esq**.
Creek County Law PLLC 101
E. Lee Avenue Sapulpa, OK
74066

**Howard Berkson**
**Donald Slaughter**
Boston Avenue Law
401 S. Boston Ave., Ste. 500
Tulsa, OK 74103
**ATTORNEYS FOR PLAINTIFF, DEBORAH LOGAN**

/s/ Keith A. Wilkes
Keith A. Wilkes, Esq. OBA #16750
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 200
Tulsa, OK 74103
kwilkes@hallestill.com

**ATTORNEY FOR DEFENDANT VIC REGALADO**


/s/ Jo Lynn Jeter
 Joel L. Wohlgemuth, OBA #9811
Jo Lynn Jeter, OBA #20252
W. Caleb Jones, OBA #33541
Norman Wohlgemuth LLP 3200 Mid-Continent Tower 401 S. Boston Ave.
Tulsa, OK  74103
Tele: (918) 583-7571
Facsimile:  (918) 584-7846
JWohlgemuth@NWLawOK.com
JJeter@NWLawOK.com
WJones@NWLawOK.com

**ATTORNEYS FOR DEFENDANT TURN KEY HEALTH CLINICS, LLC**