IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH LOGAN, special administrator, of the Estate of DARIUS HATFIELD,<br><br>Plaintiff,<br><br>v.<br><br>VIC REGALADO, in his official capacity as TULSA COUNTY SHERIFF, *et al.*,<br><br>Defendants. | Case No. 4:20-cv-00303-GKF-SH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Deborah Logan, as Special Administrator of the Estate of Darius Hatfield, Deceased, and Defendant Vic Regalado, in his official capacity as Sheriff of Tulsa County, appearing by and through their respective counsel, stipulate to the dismissal with prejudice of any and all claims against Sheriff Regalado, with each party to bear their own attorney fees and costs.

Respectfully submitted,

**BOSTON AVENUE LAW**

/s/ *Howard M. Berkson*
Howard M. Berkson, OBA 31482
Donald J. Slaughter, OBA 31227
401 South Boston Avenue, Ste. 500
Tulsa, OK  74103

**CREEK COUNTY LAW PLLC**
G. Gene Thompson, OBA 31243
101 East Lee Avenue
Sapulpa, Oklahoma 74066
T: 918-223-3044
F: 918-998-0344
gthompsonlaw@gmail.com
**ATTORNEYS FOR PLAINTIFF**

-And-

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/ Keith A. Wilkes*

Keith A. Wilkes, OBA 16750
521 East 2nd Street, Suite 1200
Tulsa, Oklahoma 74120
T: 918.584.0400
F: 918.594.0505
kwilkes@hallestill.com
**ATTORNEYS FOR SHERIFF REGALADO**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2023, I caused the foregoing motion to be electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to all of the ECF registrant attorneys in this case.

/s/ *Howard Berkson*